# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brown, Debra M. | United States District Court - Northern District of MS | 07/09/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Federal Building
305 Main Street
Suite 329
Greenville, MS 38701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2004 | Phelps Dunbar LLP Retirement Plan with former law firm |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Debra M. | 07/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Debra M. | 07/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Debra M. | 07/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds EuroPacific Growth Fund | B | Dividend | K | T | | | | | |
| 2. Invesco American Franchise Fund | A | Dividend | J | T | | | | | |
| 3. Fidelity Contrafund | B | Dividend | | | Sold | 12/28/18 | K | | |
| 4. Fidelity Puritan Fund | C | Dividend | K | T | | | | | |
| 5. Fidelity Spartan 500 Index Fund | A | Dividend | | | Sold | 10/22/18 | L | | |
| 6. Wells Fargo Stable Value Fund | A | Dividend | | | Sold | 12/28/18 | K | | |
| 7. Bancorp South Cash Accounts | A | Interest | N | T | | | | | |
| 8. Suntrust Bank Cash Accounts | A | Interest | M | T | | | | | |
| 9. Personal loan to Aurora Baugh, note receivable | A | Distribution | J | W | | | | | |
| 10. T. Rowe Price Retirement 2010 Fund | B | Dividend | | | Sold | 12/28/18 | K | | |
| 11. T. Rowe Price Retirement 2020 Fund | C | Dividend | | | Sold | 12/28/18 | K | | |
| 12. T. Rowe Price Retirement 2005 Fund | D | Dividend | | | Sold | 12/28/18 | M | | |
| 13. HSBC Bank USA CD | A | Interest | J | T | | | | | |
| 14. Prudential Total Return Bond Fund (now named PGIM Total Return Bond) | A | Dividend | K | T | | | | | |
| 15. Fidelity Mid Cap Index Fund | A | Dividend | | | Sold | 10/22/18 | K | | |
| 16. Fidelity Small Cap Index Fund | A | Dividend | | | Sold | 10/22/18 | K | | |
| 17. Fidelity 500 Index | A | Dividend | K | T | Buy | 10/22/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Debra M. | 07/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Contrafund K6 Fund | A | Dividend | K | T | Buy | 12/28/18 | K | | |
| 19. Wells Fargo Stable Fund C Fund | A | Dividend | K | T | Buy | 12/28/18 | K | | |
| 20. T. Rowe Price Retirement 2010 I Fund | A | Dividend | K | T | Buy | 12/28/18 | K | | |
| 21. T. Rowe Price Retirement 2020 I Fund | A | Dividend | K | T | Buy | 12/28/18 | K | | |
| 22. T. Rowe Price Retirement 2005 I Fund | A | Dividend | M | T | Buy | 12/28/18 | M | | |
| 23. Fidelity Mid Cap Index Fund | A | Dividend | K | T | Buy | 10/22/18 | K | | |
| 24. Fidelity Small Cap Index Fund | B | Dividend | K | T | Buy | 10/22/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Debra M. | 07/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, page 4:  The property asset formerly listed on line 1 of my prior report was removed for the reason explained in my prior report and is no longer reportable.

2. Part VII, page 4, line 3:  This fund asset is one that was exchanged out during the reporting period.  Its name had "K" at the end; to the extent such was not indicated in my prior report, my prior report is amended in that regard.

3. Part VII, page 4, line 5:  This fund asset is one that was exchanged out during the reporting period.  Its name had "PR" at the end; to the extent such was not indicated in my prior report, my prior report is amended in that regard.

4. Part VII, page 4, line 6:  This fund asset is one that was exchanged out during the reporting period.

5. Part VII, page 4:  The cash asset formerly listed on line 10 of my prior report was removed for the reason explained in my prior report and is no longer reportable.

6. Part VII, page 4:  The fund asset formerly listed on line 12 of my prior report was removed for the reason explained in my prior report and is no longer reportable.

7. Part VII, page 4:  The fund asset formerly listed on line 13 of my prior report was removed for the reason explained in my prior report and is no longer reportable.

8. Part VII, page 4, line 10:  This fund asset is one that was exchanged out during the reporting period.

9. Part VII, page 4, line 11:  This fund asset is one that was exchanged out during the reporting period.

10. Part VII, page 4, line 12:  This fund asset is one that was exchanged out during the reporting period.

11. Part VII, page 4, line 14:  This fund asset was renamed effective June 11, 2018.

12. Part VII, page 4, line 15:  This fund asset is one that was exchanged out during the reporting period.  Its name had "PR" at the end; to the extent such was not indicated in my prior report, my prior report is amended in that regard.

13. Part VII, page 4, line 16:  This fund asset is one that was exchanged out during the reporting period.  Its name had "PR" at the end; to the extent such was not indicated in my prior report, my prior report is amended in that regard.

14. Part VII, page 4, line 17:  This fund asset is one that was exchanged in during the reporting period.

15. Part VII, page 5, line 18:  This fund asset is one that was exchanged in during the reporting period.

16. Part VII, page 5, line 19:  This fund asset is one that was exchanged in during the reporting period.

17. Part VII, page 5, line 20:  This fund asset is one that was exchanged in during the reporting period.

18. Part VII, page 5, line 21:  This fund asset is one that was exchanged in during the reporting period.

19. Part VII, page 5, line 22:  This fund asset is one that was exchanged in during the reporting period.

20. Part VII, page 5, line 23:  This fund asset is one that was exchanged in during the reporting period.

21. Part VII, page 5, line 24:  This fund asset is one that was exchanged in during the reporting period.

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Debra M. | 07/09/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Debra M. Brown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544